**Andrew G. Patel**
Attorney-at-Law
15 Chester Avenue
White Plains, New York 10601
apatel@apatellaw.com

**Telephone 212-349-0230**

**ECF and Email**

MEMO ENDOR

December 14, 2022

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:     U.S. v. Jasiah Wooten
        22 Cr. 640 (KMK)

Dear Judge Karas:

This letter is respectfully submitted to request that I be excused from the December 15, 2022 conference of this matter. Unfortunately, I have an unchangeable prior commitment on December 15th that makes it impossible for me to attend the conference. Jill R. Shellow, Esq., counsel for Bashir Mallory has agreed to stand in for me at the conference.

Despite multiple trips to the Westchester County Jail, I have not been able to this request with Mr. Wooten who has been under quarantine. To ensure that Mr. Wooten has continuing representation, I respectfully request to be excused from the August 15th proceeding and to have Ms. Shellow appear on my behalf.

Granted. Mr. Patel is excused from attending the December 15, 2022 conference and the Court thanks Ms. Shellow for covering for Mr. Patel.

Respectfully submitted,

So Ordered.

12/14/22

/s/Andrew Patel
Andrew G. Patel

cc:     All counsel by ECF